IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JENNIFER L. FARGIONE and JUDY L. PAVELKO, In their own right and as Co-Administrators for the Estate of CAROL L. WILLIAMS, Deceased, Plaintiffs, v. EDWARD SWEENEY, et al., Defendants. | CIVIL ACTION NO. 16-5878 |

## ORDER

**AND NOW**, this 27th day of September, 2017, upon consideration of Motion to Dismiss Plaintiffs' Complaint and/or Motion to Strike by Defendant, PrimeCare Medical, Inc. (Dkt. No. 18), the Plaintiffs' Memorandum of Law in Opposition (Dkt. No. 19) and consistent with the accompanying Memorandum,

**IT IS ORDERED** that the Motion is **DENIED** as to Plaintiffs' Section 1983 claims in Counts I and II, claims for negligent infliction of emotional distress in Count X, wrongful death in Count XII and survival in Count XIII;

**IT IS ORDERED** that Plaintiffs' Fourteenth Amendment claims against PrimeCare in Counts I and II are **DISMISSED** with prejudice;

**IT IS ORDERED** that Plaintiffs' conspiracy claims in Counts VI and XI are **DISMISSED** with leave to amend to the extent that Plaintiffs can set forth factual averments to plausibly allege the requisite agreement or concerted action between PrimeCare and any of the Defendants;

**IT IS ORDERED** that Plaintiffs' corporate negligence claim in Count VIII is **DISMISSED** with leave to amend to the extent that Plaintiffs are able to allege sufficient facts to plead PrimeCare's direct liability for negligence;

**IT IS ORDERED** that Plaintiffs' intentional infliction of emotional distress claim in Count IX is **DISMISSED** with leave to amend;

**IT IS ORDERED** that the Motion to Strike Paragraphs 50 and 51 of the Complaint is **DENIED**.

**IT IS FINALLY ORDERED** that Plaintiffs may file an Amended Complaint on or before **Wednesday, October 18, 2017**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE