IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JENNIFER L. FARGIONE and | : | |
| JUDY L. PAVELKO, In their own right and | : | CIVIL ACTION |
| as Co-Administrators for the Estate of | : | |
| CAROL L. WILLIAMS, Deceased, | : | |
| Plaintiffs, | : | NO. 16-5878 |
| | : | |
| v. | : | |
| | : | |
| EDWARD SWEENEY, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd Day of July, 2018, upon consideration of the Plaintiffs' Motion for Leave to Amend the Complaint (Dkt. No. 35), the Brief in Opposition by Defendant PrimeCare (Dkt. No. 36) and Plaintiffs' Reply Brief (Dkt. No. 37), and in accordance with the foregoing Memorandum Opinion,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' proposed Amended Complaint shall be filed within one day of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Defendants' Responses shall be filed within five (5) days of the filing of Plaintiffs' Amended Complaint.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge