## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JENNIFER L. FARGIONE and<br>JUDY L. PAVELKO, In their own right and<br>as Co-Administrators for the Estate of<br>CAROL L. WILLIAMS, Deceased,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDWARD SWEENEY, et al.,<br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br><br><br>NO. 16-5878 |

## ORDER

**AND NOW**, this   22nd   day of February , 2019, upon consideration of the Motions

for Summary Judgment of the Correctional Defendants and Lehigh County, and the Medical Defendants

and PrimeCare, Plaintiffs' Responses to those Motions, and the Reply of the Medical Defendants and

PrimeCare, and in accordance with the accompanying Memorandum,

**IT IS ORDERED** that Motion for Summary Judgment filed by the Medical Defendants

and PrimeCare is **DENIED**.

**IT IS ORDERED** that the Motion for Summary Judgment filed by the Correctional

Defendants and Lehigh County is **GRANTED** as to the *Monell* claims in Count V of the Amended

Complaint against the Individual Correctional Defendants in their Official Capacity and Plaintiffs' claim

for punitive damages against Lehigh County.  The Motion is otherwise **DENIED**.

BY THE COURT:


 */s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge